UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-03057-SJO (JEMx) | Date | May 2, 2017 |
|---|---|---|---|
| Title | Matthew Roth v. Credit One Financial | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR THIRD PARTY TO SHOW CAUSE FOR FAILURE TO RESPOND TO SUBPOENA (Docket No. 8)**

Plaintiff Matthew Roth has filed a Motion For Third Party To Show Cause For Failure To Respond To Subpoena. (Dkt. 8.) ("Motion"). The third party, Convergent Contact Solutions, Inc., did not respond to a subpoena for documents issued pursuant to Fed. R. Civ. P. Rule 45. Nor did it respond to this Motion.

Accordingly, the Court ORDERS that Convergent Contact Solutions, Inc. to show cause by **May 15, 2017** why it has not complied with Plaintiff's Rule 45 subpoena. Plaintiff may file a reply by **May 22, 2017**.

The hearing scheduled for May 9, 2017 has been vacated.

cc: All Parties

                                                            :
Initials of Deputy Clerk      sa